The People of the State of New York ex rel. Martzel Skarwinkiewicz, Appellant, v. The Warden of the City Prison, Respondent. — Motion granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

The People of the State of New York ex rel. Lena Silverstein, Relator, v. The Warden, or Matron, or Person in Charge of Bedford Reformatory, Defendant. — Motion granted. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Catherine Walsh, Committee of Edmund J. Walsh, an Incompetent Person, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant. — Motion denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Samuel T. Williams and Another, Respondents, v. Peter Keeler Building Company and Others, Defendants. Joseph G. Abramson, Appellant. — Motion denied, without costs, and without prejudice, upon the ground that because of the failure of the moving party to pay the costs imposed upon the motion for reargument he is stayed, and consequently in no position to proceed with the appeal. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

Robert H. Hunt, Respondent, v. Knickerbocker Ice Company, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict of the jury that defendant did not furnish the plaintiff a reasonably safe rein, is against the weight of the evidence. (See *Hunt* v. *Knickerbocker Ice Co.*, 164 App. Div. 953.) Jenks, P. J., Carr, Mills and Rich, JJ., concurred; Thomas, J., concurred in the result upon the ground that no cause of action was proven.

In the Matter of the Petition of James C. Grindrod, etc., Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 18,535. Issued, etc., to Joseph Kerwin, Appellant, etc. Catherine Kerwin, Intervenor, Appellant. — Order affirmed, without costs. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Alfred E. F. McCorry and John Welden, Respondents, v. John C. Wiarda, Appellant. — Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the exception at folio 280 of the record was well taken. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Parshelsky Bros., Inc., Appellant, v. Frederick Dhuy and Others, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

Mary Sutkar, by Joseph Sutkar, Her Guardian ad Litem, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent. — The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton and Rich, JJ.